1  John E. Bragonje
   State Bar No. 9519
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Pkwy, Suite 600
3  Las Vegas, NV 89169-5996
   Tel: 702.949.8200
4  Fax: 702.949.8398
   E-mail:jbragonje@lrrc.com
5
   Dana M. Susman (*Pro Hac Vice Forthcoming*)
6  KANE KESSLER P.C.
   600 Third Ave., 35th Floor
7  New York, NY 10016-1901
   Tel: 212.519.5136
8  Fax: 212.245.3009
   E-mail: dsusman@kanekesssler
9

10 *Attorneys for Defendant, All Saints Retain Limited*

**UNITED STATES DISTRICT COURT**

**DISTRICT, NEVADA**

| | |
|---|---|
| BLITZ NV, LLC, | Case No.: 2:21-cv-00089-GMN-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE ITS RESPONSE TO COMPLAINT (ECF NO. 1)** |
| ALL SAINTS RETAIL LIMITED, | |
| Defendant. | **(First Request)** |

Defendant All Saints Retail Limited and Plaintiffs Blitz NV, LLC, by and through their respective unsigned attorneys, hereby stipulate to continue Defendant's deadline to file its response to the complaint, extending the deadline from February 9, 2021, to and including March 9, 2021. Defendant expressly reserves all defenses or objections to the lawsuit, service of process, the court's jurisdiction, and the venue of the action. The additional time is necessary for defense counsel, who is only recently retained, to analyze the complaint and advise the Defendant concerning a response.

Based on the above, the parties stipulate to an extension of time for Defendant to answer, move, or otherwise respond to Plaintiffs' complaint (ECF No. 1) to March 9, 2021.

113528878.1

It is so stipulated:

Dated this  8th  day of February, 2021.   Dated this  8th  day of February, 2021.

FLANGAS LAW GROUP                    LEWIS ROCA ROTHGERBER CHRISTIE LLP

By:/s/ *William Giltinan*              By:/s/ *John E. Bragonje*
Kimberly P. Stein                      John E. Bragonje
Nevada Bar No. 8675                    State Bar No. 9519
Email: kps@fdlawly.com                 Email: jbragonje@lrrc.com
3275 South Jones Blvd., Ste. 105       3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89146                    Las Vegas, NV 89169-5996
Tel: (702) 307-9500                    Tel: 702.949.8200

CARLTON FIELDS                         KANE KESSLER P.C.
William Giltinan (*Pro Hac Vice*)      Dana M. Susman (*Pro Hac Vice*
FL Bar No. 27810                       *Forthcoming*)
4221 W. Boy Scout Blvd., Ste. 1000     600 Third Ave., 35th Floor
Tampa, Florida 33607-4241              New York, NY 10016-1901
(813) 229-4241                         Tel: 212.519.5136

*Attorneys for Plaintiff*              *Attorneys Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNTIED STATES MAGISTRATE JUDGE

DATED: February 9, 2021

2

113528878.1