John E. Bragonje
State Bar No. 9519
Brian D. Blakley
State Bar No. 13074
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: jbragonje@lewisroca.com
E-mail: bblakley@lewisroca.com

Dana M. Susman *(Pro Hac Vice Pending)*
Daniel Gimmel *(Pro Hac Vice)*
KANE KESSLER, P.C.
600 Third Avenue, 35th Floor
New York, NY 10016-1901
Tel: 212.541.6222
Fax: 212.245.3009
E-mail: dsusman@kanekesssler.com
        dgimmel@kanekessler.com

*Attorneys for Defendant All Saints Retail Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BLITZ NV, LLC, | Case No.: 2:21-cv-00089-GMN-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND TO CONTINUE RULE 26(F) SCHEDULING CONFERENCE** |
| ALL SAINTS RETAIL LIMITED, | |
| Defendant. | |

Defendant All Saints Retail Limited and Plaintiff Blitz NV, LLC, by and through their respective undersigned counsel, hereby stipulate as follows:

1. Plaintiff initiated this action by the filing of a summons and complaint on January 15, 2021. On March 9, 2021, Defendant filed a motion to dismiss [ECF No. 12], based on lack of personal jurisdiction, subject matter jurisdiction and for failure to properly serve Defendant with process.

2. In response, on March 23, 2021, Plaintiff filed a response to the Motion to Dismiss

114028397.1

asserting that the motion to dismiss be denied as moot or soon to be moot [ECF No. 19], the First Amended Complaint [ECF No. 18], along with a Motion to Extend Time to Serve Process Upon Defendant All Saints Retail Limited Pursuant to FRCP 4(m) ("Motion to Extend") [ECF No. 20].

3. Thereafter, the parties continued to have settlement discussions, and as part of these discussions, Defendant has agreed to waive service of the Summons and Complaint pursuant to Rule 4(d). Defendant will promptly provide the appropriate, duly executed waiver of service form, which will then be filed with this court. In light of the agreement to waive of service, the parties agree that the Motion to Extend is moot.

4. To allow for continued settlement discussions, the parties have agreed to make Defendant's deadline to respond to the First Amended Complaint commensurate with the referenced waiver of service form, which deadline will be on or before June 28, 2021. Such stipulation is without prejudice and with the express reservation of rights by each party. Without limiting the foregoing, Defendant expressly reserves all defenses and objections to the lawsuit, the court's personal and subject matter jurisdiction and the venue of this action, and Plaintiff expressly reserves all arguments and allegations in connection with personal and subject matter jurisdiction and the venue of this action.

5. Further, based on the filing of the Motion to Dismiss, the current date to hold the 26(f) conference is April 8, 2021 and the Discovery Plan/Scheduling Order is currently due by April 23, 2021. Commensurate with the settlement discussions and extending the deadline to respond to the First Amended Complaint, the parties further request a thirty-day continuance of these deadlines from the date of Defendant's response to the amended complaint, but no later than July 28, 2021 for the 26(f) conference and 14-days thereafter to file the Discovery Plan/Scheduling Order .

6. There is currently no trial or hearings scheduled in this matter.

114028397.1

Dated this 31st day of March 2021

FLANGAS LAW GROUP

By: /s/ Kimberly Stein
Kimberly P. Stein
Nevada Bar No. 8675
Email: kps@fdlawly.com
3275 South Jones Blvd., Ste. 105
Las Vegas, NV 89146
Tel: (702) 307-9500

CARLTON FIELDS
William Giltinan (*Pro Hac Vice*)
FL Bar No. 27810
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, Florida 33607-4241
(813) 229-4241

*Attorneys for Plaintiff Blitz NV, LLC*

Dated this 31st day of March 2021

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Brian Blakley
John E. Bragonje
State Bar No. 9519
Email: jbragonje@lrrc.com
Brian D. Blakley
State Bar No. 13074
E-mail: bblakley@lewisroca.com
3993 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89159-5996
Tel: (702) 949-8200

KANE KESSLER, P.C.
Dana M. Susman (*Pro Hac Vice Pending*)
Daniel Gimmel (*Pro Hac Vice*)
600 Third Avenue, 35th Floor
New York, NY 10016
Tel: 212-541-6222

*Attorneys for Defendant All Saints Retail Limited*

**ORDER**

**IT IS SO ORDERED** that:

1. Defendant's deadline to respond to the First Amended Complaint (ECF No. 18) will be June 28, 2021.

2. The current date to hold the 26(f) conference is continued until 30 days from Defendant's response to the First Amended Complaint, but no later than July 28, 2021, and the Discovery Plan/Scheduling Order would be due 14-days thereafter.

3. The Motion to Extend Time to Serve Process Upon Defendant All Saints Retail Limited Pursuant to FRCP 4(m) (ECF No. 20) is hereby DENIED as moot in light of Defendant's waiver of service.

4. The Stipulation and Order to Extend Time to Respond to Amended Complaint and to Continue Rule 26(F) Scheduling Conference (ECF No. 23) is GRANTED.

_____
U.S. MAGISTRATE JUDGE

Dated: March 31, 2021

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
LEWIS ROCA
114028397.1