John E. Bragonje
State Bar No. 9519
Brian D. Blakley
State Bar No. 13074
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: jbragonje@lrrc.com
E-mail: bblakley@lewisroca.com

Dana M. Susman *(Pro Hac Vice)*
Daniel Gimmel *(Pro Hac Vice)*
KANE KESSLER, P.C.
600 Third Avenue, 35th Floor
New York, NY 10016-1901
Tel: 212.541.6222
Fax: 212.245.3009
E-mail: dsusman@kanekesssler.com
dgimmel@kanekessler.com

*Attorneys for Defendant All Saints Retail Limited*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLITZ NV, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ALL SAINTS RETAIL LIMITED,<br><br>Defendant. | Case No.: 2:21-cv-00089-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND TO CONTINUE RULE 26(F) SCHEDULING CONFERENCE** |

Defendant All Saints Retail Limited and Plaintiff Blitz NV, LLC, by and through their respective undersigned counsel, hereby stipulate as follows:

1. Plaintiff initiated this action by the filing of a summons and complaint on January 15, 2021. On March 9, 2021, Defendant filed a motion to dismiss [ECF No. 12], based on lack of personal jurisdiction, subject matter jurisdiction and for failure to properly serve Defendant with process.

2. In response, on March 23, 2021, Plaintiff filed a response to the Motion to Dismiss asserting that the motion to dismiss be denied as moot or soon to be moot [ECF No. 19], the First Amended Complaint [ECF No. 18], along with a Motion to Extend Time to Serve Process Upon Defendant All Saints Retail Limited Pursuant to FRCP 4(m) ("Motion to Extend") [ECF No. 20].

3. Thereafter, the parties continued to have settlement discussions, and as part of these discussions, Defendant has agreed to waive service of the Summons and Complaint pursuant to Rule 4(d). Defendant will promptly provide the appropriate, duly executed waiver of service form, which will then be filed with this Court. In light of the agreement to waive of service, the parties agreed that the Motion to Extend was moot.

4. On March 31, 2021, the Court ordered that Defendant's deadline to respond to the First Amended Complaint will be on or before June 28, 2021, and that the date to hold the Rule 26(f) conference would be 30 days from Defendant's response to the First Amended Complaint, but no later than July 28, 2021, and the Discovery Plan/Scheduling Order would be due 14-days thereafter [ECF No. 24].

5. To allow for continued settlement discussions, the parties have agreed to extend by 30 days Defendant's deadline to respond to the First Amended Complaint, which deadline will be on or before July 28, 2021. Such stipulation is without prejudice and with the express reservation of rights by each party. Without limiting the foregoing, Defendant expressly reserves all defenses and objections to the lawsuit, the Court's personal and subject matter jurisdiction and the venue of this action, and Plaintiff expressly reserves all arguments and allegations in connection with personal and subject matter jurisdiction and the venue of this action.

6. Further, commensurate with the settlement discussions and extending the deadline to respond to the First Amended Complaint, the parties further request a thirty-day continuance of the deadlines to hold the Rule 26(f) conference and submit a Discovery Plan/Scheduling Order for 30 days from the date of Defendant's response to the amended complaint, but no later than August 27, 2021 for the 26(f) conference and 14-

| | |
|---|---|
| days thereafter to file the Discovery Plan/Scheduling Order . | |

7.  There is currently no trial or hearings scheduled in this matter.

| | |
|---|---|
| Dated this 18th day of June 2021 | Dated this 18th day of June 2021 |
| FLANGAS LAW GROUP | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| By: */s/ Kimberly P. Stein* <br> Kimberly P. Stein <br> Nevada Bar No. 8675 <br> Email: kps@fdlawly.com <br> 3275 South Jones Blvd., Ste. 105 <br> Las Vegas, NV 89146 <br> Tel: (702) 307-9500 | By: */s/ John E. Bragonje* <br> John E. Bragonje <br> State Bar No. 9519 <br> Email: jbragonje@lrrc.com <br> Brian D. Blakley <br> State Bar No. 13074 <br> E-mail: bblakley@lewisroca.com <br> 3993 Howard Hughes Pkwy, Suite 500 <br> Las Vegas, NV 89159-5996 <br> Tel: (702) 949-8200 |
| CARLTON FIELDS <br> William Giltinan *(Pro Hac Vice)* <br> FL Bar No. 27810 <br> 4221 W. Boy Scout Blvd., Ste. 1000 <br> Tampa, Florida 33607-4241 <br> (813) 229-4241 | KANE KESSLER, P.C. <br> Dana M. Susman (*Pro Hac Vice*) <br> Daniel Gimmel (*Pro Hac Vice*) <br> 600 Third Avenue, 35th Floor <br> New York, NY 10016 <br> Tel: 212-541-6222 |
| *Attorneys for Plaintiff Blitz NV, LLC* | *Attorneys for Defendant All Saints Retail Limited* |

## ORDER

**IT IS SO ORDERED** that:

1. Defendant's deadline to respond to the First Amended Complaint [ECF No. 18] will be July 28, 2021.

2. The current date to hold the 26(f) conference is continued until 30 days from Defendant's response to the First Amended Complaint, but no later than August 27, 2021, and the Discovery Plan/Scheduling Order would be due 14-days thereafter.

Dated this 21st day of June, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

- 3 -

4876-4698-6095 v2
4829-5282-6095 v2