John E. Bragonje
State Bar No. 9519
Brian D. Blakley
State Bar No. 13074
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: jbragonje@lewisroca.com
E-mail: bblakley@lewisroca.com

Dana M. Susman *(Pro Hac Vice)*
Daniel Gimmel *(Pro Hac Vice)*
KANE KESSLER, P.C.
600 Third Avenue, 35th Floor
New York, NY 10016-1901
Tel: 212.541.6222
Fax: 212.245.3009
E-mail: dsusman@kanekesssler.com
        dgimmel@kanekessler.com

*Attorneys for Defendant All Saints Retail Limited*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BLITZ NV, LLC, | Case No.: 2:21-cv-00089-GMN-EJY |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| ALL SAINTS RETAIL LIMITED, | |
| Defendant. | |

Defendant All Saints Retail Limited and Plaintiff Blitz NV, LLC, by and through their respective undersigned counsel, hereby stipulate as follows:

1. The parties have entered into a separate, written settlement agreement and stipulate that all claims asserted in the above-captioned matter are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii).

2. Each party agrees to bear its own respective attorney fees and costs.

115633885.1

Dated this 28th day of September, 2021

FLANGAS LAW GROUP

By: */s/ Kimberly P. Stein*

  Kimberly P. Stein
  Nevada Bar No. 8675
  Email: kps@fdlawly.com
  3275 South Jones Blvd., Ste. 105
  Las Vegas, NV 89146
  Tel: (702) 307-9500

  CARLTON FIELDS
  William Giltinan *(Pro Hac Vice)*
  FL Bar No. 27810
  4221 W. Boy Scout Blvd., Ste. 1000
  Tampa, Florida 33607-4241
  (813) 229-4241

*Attorneys for Plaintiff Blitz NV, LLC*

Dated this 28th day of September, 2021

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ John E. Bragonje*

  John E. Bragonje
  State Bar No. 9519
  Email: jbragonje@lewisroca.com
  Brian D. Blakley
  State Bar No. 13074
  E-mail: bblakley@lewisroca.com
  3993 Howard Hughes Pkwy, Suite 500
  Las Vegas, NV 89159-5996
  Tel: (702) 949-8200

  KANE KESSLER, P.C.
  Dana M. Susman *(Pro Hac Vice)*
  Daniel Gimmel *(Pro Hac Vice)*
  600 Third Avenue, 35th Floor
  New York, NY 10016
  Tel: 212-541-6222

*Attorneys for Defendant All Saints Retail Limited*

**ORDER**

**IT IS SO ORDERED** that:

1. This case is hereby dismissed with prejudice.

2. Each party shall bear its own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated this __28__ day of September, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

- 2 -

115633885.1